In the Matter of the Claim of CARL FREUDENFELD, Appellant, against LOUIS STEIN & Co., INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

(Argued April 15, 1936; decided May 1, 1936.)

*Abraham Markhoff* for appellant.

*Herbert F. Hastings, Jr.*, and *A. F. Klaiber* for Louis Stein & Co., Inc., et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.